UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Juanita Ville, | Civil No. 13-785 (SRN/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| Federal Home Loan Mortgage Corporation, Wells Fargo Bank, N.A., and all other persons, unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein, | |
| Defendants. | |

---

William B. Butler, Butler Liberty Law, LLC, 33 South Sixth St., Suite 4100, Minneapolis, Minnesota 55402; for Plaintiff.

Charles V. Webber and Elizabeth Ann Walker, Faegre Baker Daniels LLP, 90 South Seventh St., Suite 2200, Minneapolis, MN 55402, for Defendants Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A.

---

SUSAN RICHARD NELSON, United States District Judge

On April 11, 2013, Defendants Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A., filed a motion to dismiss, including a memorandum in support of the motion, in this matter. [Doc. No. 6.] The motion was set for a hearing on Friday, June 7, 2013. [Doc. No. 7.] According to the Local Rules of this District, Plaintiff was required to file an opposition to the motion "within 21 days after filing" of the motion and supporting documents. D. Minn. L. R. 7.1(c)(2). When Plaintiff failed to file any opposition to the motion in the time period permitted, the Court ordered Plaintiff to

respond to the motion on or before May 28, 2013, one week ago. [Doc. No. 12.] Plaintiff has not filed any response to the motion and has requested no extensions of time in which to do so. The Court therefore finds that Plaintiff has failed to prosecute this matter and that it should be dismissed. Fed. R. Civ. P. 41(b).

## III. ORDER

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that this matter is **DISMISSED** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 4 , 2013                                    s/Susan Richard Nelson
                                                         SUSAN RICHARD NELSON
                                                         United States District Judge